OPINION — AG — QUESTION: "WOULD A POSTMASTER IN A FIRST, SECOND, THIRD OR FOURTH CLASS POST OFFICE BE CONSIDERED A FULL TIME EMPLOYEE OF THE GOVERNMENT OF THE UNITED STATES, AS CONTEMPLATED IN 36 O.S. 1961 1309 [36-1309](6), AND AS SUCH, BE INELIGIBLE TO OBTAIN OR HOLD ANY INSURANCE LICENSE UNDER 36 O.S. 1961 13 [36-13]?" — IT BASED ON THE DETERMINED BY YOUR STATE INSURANCE BOARD. (W. J. MONROE)